**STATE of Missouri, Respondent,**

v.

**Jesse SYLVAIN, Appellant.**

**No. ED 85449.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 18, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 2005.

John K. Tucci, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, C.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Jesse Sylvain appeals the judgment entered upon his conviction following a bench trial for one count of statutory sodomy in the first degree against a four-year old boy. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion